JUDGE CROTTY

447-07/MEU/MAM
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
PHOENIX SHIPPING CORPORATION
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Manuel A. Molina (MM 1017)

**07 CIV 7886**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 CIV.        (    )
PHOENIX SHIPPING CORPORATION,

                                                              **RULE 7.1 STATEMENT**

                     Plaintiff,

  - against –

CONAGRA RESOURCES EUROPE LTD.,

                     Defendant.
------------------------------------------------------------x

      PHOENIX SHIPPING CORPORATION, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       September 7, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    PHOENIX SHIPPING CORPORATION

         By:          _____
                                    Michael E. Unger (MU 0045)
                                    Manuel A. Molina (MM 1017)
                                    80 Pine Street
                                    New York, NY 10005
                                    Telephone: (212) 425-1900
                                    Facsimile: (212) 425-1901

NYDOCS1/289716.1