CROTTY, S

447-07/MBU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
PHOENIX SHIPPING CORPORATION
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 0 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PHOENIX SHIPPING CORPORATION,

                     Plaintiff,

-against-

CONAGRA RESOURCES EUROPE LTD.,

                     Defendant.
----------------------------------------------------------x

07 cv 7886 (PAC)

**ORDER DIRECTING
RELEASE OF FUND AND
DISCONTINUANCE OF
ACTION**

      It having been reported to the Court that the parties have settled this matter and no appearance having been made on behalf of the defendant;

IT IS HEREBY ORDERED that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court's Order dated September 10, 2007, be released to Defendant CONAGRA RESOURCES EUROPE LTD. pursuant to the original wire transfer instructions; and

      IT IS FURTHER ORDERED that this action be dismissed with prejudice and without costs as to either party.

SO ORDERED:

December 10, 2007

_/s/ Paul A. Crotty_
Hon. Paul A. Crotty, U.S.D.J.

NYDOCS1/295186.1